JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

SANTOS FRANCISCO
MANTANICO PUAC,

        Petitioner,

      v.

FERETI SEMAIA, *et al.*,

        Respondents.

Case No. 5:26-cv-02354-DMK

**JUDGMENT**

IT IS HEREBY ADJUDGED that the Petition is GRANTED.

Respondents shall release Petitioner forthwith. Any future enforcement actions after release must comply with due process requirements.  Further, Respondents shall return to Petitioner at the time of his release all confiscated documents and possessions.  Respondents shall file a status report within five (5) court days of this Order substantiating compliance with the Court's Order.

DATED:   June 22, 2026

_____
HON. DIANA M. KWOK
UNITED STATES MAGISTRATE JUDGE